Michael A. Josephson
TX Bar No. 24014780
Andrew W. Dunlap
TX Bar No. 24078444
Taylor A. Jones
TX Bar No. 24107823
(admitted pro hac vice)
JOSEPHSON DUNLAP LLP
12 Greenway Plaza, Suite 3050
Houston, Texas 77046
(713) 352-110 – Telephone
(713) 352-3300 – Facsimile

Richard J. (Rex) Burch
(admitted pro hac vice)
BRUCKNER BURCH PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788 – Telephone
(713) 877-8065 – Facsimile

ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| **TROY ZWIEFEL**, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**C&L INSPECTION, LLC,**<br><br>Defendant. | No. CV-19-5193-PHX-JJT<br><br>**RULE 41 DISMISSAL WITHOUT PREJUDICE** |

                        **DATED this 6th day of November, 2019.**

                        */s/ Taylor A. Jones*
                        **Taylor A. Jones**
                        **Attorney for Plaintiff**

Plaintiff Troy Zwiefel dismisses this case without prejudice pursuant to Rule 41(a)(1)(A)(i). The dismissal of this case is effective upon the filing of this notice. *Id.*

Respectfully submitted,

By: */s/ Taylor A. Jones*
**Michael A. Josephson**
TX Bar No. 24014780
**Andrew W. Dunlap**
TX Bar No. 24078444
**Taylor A. Jones**
TX Bar No. 24107823
(*admitted pro hac vice*)
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77005
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
tjones@mybackwages.com

**AND**

**Richard J. (Rex) Burch**
TX Bar No. 24001807
(*admitted pro hac vice*)
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
710-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2019, a true and correct copy of the foregoing document was served on all parties and/or their counsel of records vis this Court's CM/ECF filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ Taylor A. Jones*
**TAYLOR A. JONES**